UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. and KAREN P.
As Parents and Next Friends of
Mark P., A Minor

VS. C.A. NO.: 2007-376-T-DLM

BARRINGTON SCHOOL DEPARTMENT and
DEAN M. HUFF, In His Capacity as Finance
Director for the Town of Barrington

**ANSWER OF BARRINGTON SCHOOL DEPARTMENT and DEAN M. HUFF, In His Capacity as Finance Director for the Town of Barrington**

1. The defendants, Barrington School Department, and Dean M. Huff, in his capacity as Finance Director for the Town of Barrington, admit the allegations contained in paragraphs 1 through 3 of the plaintiffs' Complaint and do not have sufficient facts to admit or deny the allegations contained in paragraph 4 and leave the plaintiffs to their proof of same.

Factual Background

2. The defendants admit the allegations contained in paragraphs 5 and 6 of the plaintiffs' Complaint.

3. The defendants deny the allegations contained in paragraphs 7, 9, 11, 12 and 13 of the plaintiffs' Complaint.

4. The defendants admit the allegations contained in the first sentence of paragraph 8 and the portion of the second sentence which alleges that Barrington refused to pay the expenses of Mark P.'s education at the Wolfe School. Said defendants deny the remaining allegations contained in the second sentence of paragraph 8 of said Complaint.

5. The defendants admit the first three (3) sentences contained in paragraph 10 of the plaintiffs' Complaint and said defendants deny the remaining allegations contained in paragraph 10.

6. The defendants do not have sufficient facts to admit or deny the allegations contained in paragraph 14 of the plaintiffs' Complaint and leaves the plaintiffs to their proof of same.

WHEREFORE, the defendants demand judgment against the plaintiffs, plus costs and attorneys' fees. Said defendants assert that the filing of this Complaint is frivolous, unreasonable, without foundation and needlessly increases the cost of litigation. Accordingly, attorneys' fees are warranted against counsel and the appealing parties pursuant to § 615(i)(3)(B)(I)(II)(III) of the Individual with Disabilities Education Act.

BARRINGTON SCHOOL DEPARTMENT and
DEAN M. HUFF, In His Capacity as Finance
Director for the Town of Barrington,
BY THEIR ATTORNEY,

/s/ John R. Mahoney, Esq.

JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 26th day of October, 2007 I electronically filed the within answer to plaintiffs' Complaint with the United States District Court, District of Rhode Island, thereby generating an electronic copy to be sent to Thomas More Dickinson, Esq., 1312 Atwood Avenue, Johnston, RI 02919 by the court.

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940