UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-376ML

Michael P. and Karen P. as Parents and Next Friends of
Mark P., a minor,
*Plaintiffs*

vs.

Barrington School Department and Dean M. Huff
In his capacity as Finance Director for the Town of
Barrington,
*Defendants*

**PRE-TRIAL CONFERENCE STATEMENT**

Now come the Plaintiffs, by their attorney, and file the within statement with regard to the facts and issues in this case.

Nature of claim. This case is before the Court as an appeal pursuant to the Individuals with Disabilities in Education Act (IDEA), 20 U.S.C. sec. 1400, et seq. The case involves a claim by the parents of Mark P. that he is not being provided with a free and appropriate public education (FAPE) by the Defendant Barrington School Department.

Mark P. (dob Apr. 21, 1996) has been diagnosed with apraxic disorder that manifests not only in speech and language issues but also in problems with cognition. Prior to the 2004-05 academic year, Mark's parents rejected the IEP prepared by Barrington and transferred him to the Wolf School. Mark's parents timely requested a due process hearing in order to require Barrington to pay the cost of his tuition pursuant to the IDEA. The hearing commenced before Hearing Officer Arthur Capaldi, Esq., in July 2007 and closed on August 14, 2007. On September 10, 2007 the hearing officer

issued a decision finding that Barrington's IEP satisfied the requirements of FAPE. The parents filed the within appeal as permitted by 20 U.S.C. sec. 1415.

Legal Issues. Whether the hearing officer correctly determined that Barrington was providing FAPE to Mark. Whether the hearing officer correctly refused to permit post-hearing discovery with regard to certain testimony by Barrington's expert, Dr. Terry Harrison Goldman. Whether the failure of the hearing office to appear during the testimony of parents' expert, Dr. David Urion (of Children's Hospital in Boston), deprived the plaintiffs of a fair due process hearing as required by the statute?

Possible referral to ADR. Although the parties engaged unsuccessfully in mediation prior to the due process hearing, the plaintiffs are willing to pursue ADR opportunities that may be available in this Court.

RESPECTFULLY SUBMITTED,

PLAINTIFFS,
By their Attorney:

/s/Thomas More Dickinson_________________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

CERTIFICATION

I hereby certify that the within document was served upon all parties hereto via this Court's electronic filing system.

Attorney John R. Mahoney
155 S. Main St.
Providence, RI 02903

PLAINTIFFS,
By their Attorney:

/s/Thomas More Dickinson________________________________
Thomas More Dickinson (R.I. S. Ct. No. 2520)
Law Office of Thomas M. Dickinson
1312 Atwood Ave.
Johnston, RI 02919
Tel. 401-490-8083
Fax 401-942-4918
Email: tmd@appealRI.com

Date: December 19, 2007