UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MICHAEL P., et al

VS. C.A. NO. 07-376ML

BARRINGTON SCHOOL DEPT., et al

ORDER

Pursuant to a Rule 16 Conference held on December 19, 2007, it is hereby ordered that Cross Motions for Summary Judgment shall be filed on or before March 31, 2008.

PER ORDER:

Mary M. Lisi
Chief U.S. District Judge
December 19, 2007

ENTERED:

Barbara Barletta