UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

MICHAEL P. and KAREN P.
As Parents and Next Friends of
Mark P., A Minor

VS. C.A. NO.: 2007-376-ML

BARRINGTON SCHOOL DEPARTMENT and
DEAN M. HUFF, In His Capacity as Finance
Director for the Town of Barrington

**DEFENDANTS' OBJECTION TO**
**PLAINTIFFS' MOTION FOR LEAVE TO PRESENT ADDITIONAL EVIDENCE**

Now come the defendants, Barrington School Department, and Dean M. Huff, in his capacity as Finance Director for the Town of Barrington, and object to the plaintiffs' motion for leave to present additional evidence. As grounds for said objection, the defendants refer to the Memorandum of Law attached hereto.

BARRINGTON SCHOOL DEPARTMENT and
DEAN M. HUFF, In His Capacity as Finance
Director for the Town of Barrington,
BY THEIR ATTORNEY,

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940
ASQUITH & MAHONEY, LLP
155 SOUTH MAIN STREET, 2nd FLOOR
PROVIDENCE, RI 02903
(401) 331-5353 – Telephone
(401) 331-7373 – Fax

CERTIFICATION

I hereby certify that on the 24th day of January, 2008 I electronically filed the within answer to plaintiffs' Complaint with the United States District Court, District of Rhode Island, thereby generating an electronic copy to be sent to Thomas More Dickinson, Esq., 1312 Atwood Avenue, Johnston, RI 02919 by the court.

/s/ John R. Mahoney, Esq.
JOHN R. MAHONEY, ESQ. - #1940