STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

HEARING OFFICER: ARTHUR G. CAPALDI, ESQ.

WITNESS: DR. TERRY HARRISON-GOLDMAN

PROCEEDINGS AT HEARING:

IN RE: M.P.
DATE: AUGUST 1, 2007
TIME: 12:10 P.M.

PLACE: BARRINGTON HIGH SCHOOL
220 LINCOLN AVE
BARRINGTON, RI 02806

APPEARANCES:

FOR THE SCHOOL DISTRICT: JOHN R. MAHONEY, ESQ.

FOR THE PETITIONER: KATHLEEN M. HAGERTY, ESQ.

ALSO PRESENT: SUSAN HEALY-MILLS
JIM CALLAHAN
KAREN PAYTON



"EXHIBIT B"

never asked me to consult with Mark. I did have occasion -- I mean they would update me on his progress and mom would too, but no, I did not, I was not asked to observe and provide any recommendations for Mark.

Q Do you have any affiliation or connection with the Barrington School Department?

A No.

Q Have you ever been asked to come into a school and work with any student in the Barrington system?

THE WITNESS: By Barrington?

MR. MAHONEY: By Barrington?

A No.

Q Have you ever worked with Barrington students in addition to Mark?

A Oh, yes.

Q Now, you had occasion to assess Mark on three occasions in 2002, 2003 and 2004; is that correct?

A That's correct.

Q In conjunction therewith you were provided progress records from Barrington; is that correct?

A That's correct.

Q You were also able to go attend an IEP meeting?

A That's correct.

Q Also had mom you could talk to about the goings on in