UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

C.A. NO. 07-376ML

Michael P. and Karen P. as Parents and Next Friends of
Mark P., a minor,
*Plaintiffs*

vs.

Barrington School Department and Dean M. Huff
In his capacity as Finance Director for the Town of
Barrington,
*Defendants*

**STIPULATION OF DISMISSAL**
F.R.C.P. 41(a)(ii)

Now come all Plaintiffs and all Defendants, pursuant to Fed. R. Civ. P. 41(a)(ii) and stipulate that the within action shall be dismissed with prejudice and without costs.

PLAINTIFFS
By their Attorney:

/s/ Thomas More Dickinson________
Thomas More Dickinson (No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel 401-490-8083
Fax 401-942-4918

DEFENDANTS
By their Attorney

/s John R. Mahoney_____________
John R. Mahoney (No. 1940)
Asquith & Mahoney, LLC
155 S. Main St. – 2d Floor
Providence, IR 02903
Tel. 401-331-5353
Fax 401-331-7373

CERTIFICATION

I hereby certify that the within document was served on all parties hereto by means of this Court's electronic filing system.

Attorney John R. Mahoney
155 S. Main St.
Providence, RI 02903

/s/ Thomas More Dickinson________

Thomas More Dickinson (No. 2520)
1312 Atwood Ave.
Johnston, RI 02919
Tel 401-490-8083
Fax 401-942-4918

Date: March 6, 2008